

Sarah O. Jorgensen
1201 West Peachtree Street, Suite 2300
Atlanta, GA 30309
Direct Dial: (650) 623-1403
sjorgensen@reichmanjorgensen.com

May 1, 2025

**Via ECF**

Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

**Re:** *Association of Contracting Plumbers of the City of New York v. City of New York*, **No. 25-977** – Scheduling Request

Dear Ms. Wolfe:

We represent Plaintiffs–Appellants in the above matter. Under Local Rule 31.2(a)(1)(A), Plaintiffs–Appellants respectfully request that their opening brief be due July 31, 2025. That date is within 91 days of the filing of Plaintiffs–Appellants' Form D certifying that no transcript will be ordered in this matter.

Sincerely,

Sarah Jorgensen
*Counsel for Plaintiffs–Appellants*

CC: All counsel of record (via ECF)