# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 15th day of May, two thousand twenty-five.

Before:     José A. Cabranes,
              *Circuit Judge.*

| | |
|---|---|
| Association of Contracting Plumbers of the City of New York, Inc., Plumbing-Heating-Cooling Contractors-National Association, Plumbers Local Union No. 1, United Association of Journeymen and Apprentices of the Plumbing and Pipefitting Industry of the United States and Canada, New York State Energy Coalition, Inc., Plumbing Foundation City of New York, Inc., Licensed Plumbing Association of New York City, Inc., DBA Master Plumbers Council of the City of New York, Building Industry Association of New York City, Inc., | **ORDER** <br><br> Docket No. 25-977 |

        Plaintiffs-Appellants,

  v.

City of New York,

        Defendant - Appellee.

    Appellants move for the removal of this case from the Expedited Appeals Calendar or, in the alternative, for an extension of time to file the opening brief.

    IT IS HEREBY ORDERED that Appellants' motion for removal from the Expedited Appeals Calendar is GRANTED, on consent.

                                         For the Court:
                                         Catherine O'Hagan Wolfe,
                                         Clerk of Court

