# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 14th day of August, two thousand twenty-five,

Association of Contracting Plumbers of the City of New York, Inc., Plumbing-Heating-Cooling Contractors-National Association, Plumbers Local Union No. 1, United Association of Journeymen and Apprentices of the Plumbing and Pipefitting Industry of the United States and Canada, New York State Energy Coalition, Inc., Plumbing Foundation City of New York, Inc., Licensed Plumbing Association of New York City, Inc., DBA Master Plumbers Council of the City of New York, Building Industry Association of New York City, Inc.,

**ORDER**
Docket No. 25-977

    Plaintiffs-Appellants,

v.

City of New York,

    Defendant - Appellee.

Counsel for Appellee City of New York has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting October 30, 2025 as the brief filing date.

It is HEREBY ORDERED that Appellee's brief must be filed on or before October 30, 2025. **[**If the brief is not filed by that date, the appeal will proceed to a merits panel for determination forthwith, and Appellee will be required to file a motion for permission to file a brief and appear at oral argument. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

