# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 14th day of October, two thousand twenty-five.

Before:        Eunice C. Lee,
                      *Circuit Judge.*

_____

Mulhern Gas Co., Inc., et al.,

        Plaintiffs - Appellants,

  v.

Walter T. Mosley, in his official capacity as New York Secretary of State and member of the State Fire Prevention and Building Code Council, formerly known as Robert J. Rodriguez,

        Defendant – Appellee.

New York Geothermal Energy Organization, PUSH Buffalo,

        Intervenor-Defendants,
_____

Association of Contracting Plumbers of the City of New York, Inc., et al.,

        Plaintiffs-Appellants,

  v.

City of New York,

        Defendant - Appellee.
_____

**ORDER**

Docket No. 25-2041

Docket No. 25-977

Appellants in *Mulhern Gas Co., Inc. v. Mosley,* Docket No. 25-2041, move to expedite the appeal.

IT IS HEREBY ORDERED that the motion is GRANTED in part. The briefs of Appellee and Intervenors are due by December 3, 2025, and any reply brief is due December 18, 2025.

IT IS FURTHER ORDERED that the above-captioned appeals shall be heard in tandem. The appeals shall be calendared for argument on an expedited basis, subject to the approval of the Presiding Judge.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court