UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

Docket Number(s): No. 25-977

Caption [use short title]

Motion for: Leave to Participate in Oral Argument

Association of Contracting Plumbers
of the City of New York, Inc.

v.

City of New York

Set forth below precise, complete statement of relief sought:

The United States seeks leave to participate in oral argument as amicus curiae in support of plaintiffs-appellants.

MOVING PARTY: United States, amicus curiae     OPPOSING PARTY: Association et al. (Plaintiffs); City (Defendant)

☐ Plaintiff     ☐ Defendant

☐ Appellant/Petitioner     ☐ Appellee/Respondent

MOVING ATTORNEY: Charles Roberts     OPPOSING ATTORNEY: For Plaintiffs: Brian Baran 650-623-5070, Reichman

[name of attorney, with firm, address, phone number and e-mail]

U.S. Department of Justice, Civil Division     Jorgenson, Lehman & Feldberg 1909 K Street, NW, Suite 800 Washington, DC 20006

950 Pennsylvania Avenue NW, Washington, DC 20530     For Defendant: Rebecca Visgaitis 212-356-0858, New York City

(202) 305-1141 / charles.roberts2@usdoj.gov     Law Department 100 Church Street, Room 6-195 New York, New York 10007

Court- Judge/ Agency appealed from: United States District Court for the Southern District of New York, Judge Ronnie Abrams

Please check appropriate boxes:

Has movant notified opposing counsel (required by Local Rule 27.1):
■ Yes ☐ No (explain):_____

Opposing counsel's position on motion:
■ Unopposed ☐ Opposed ☐ Don't Know
Does opposing counsel intend to file a response:
☐ Yes ☑ No ☐ Don't Know

FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:

Has this request for relief been made below?     ☐ Yes ☐ No
Has this relief been previously sought in this court?     ☐ Yes ☐ No

Requested return date and explanation of emergency: _____

Is the oral argument on motion requested?     ☐ Yes ■ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set?     ■ Yes ☐ No If yes, enter date: 1/30/2025

Signature of Moving Attorney:

/s/ Charles E.T. Roberts Date: 1/5/26     Service : ■ Electronic ☐ Other [Attach proof of service]

Form T-1080 (rev. 10-23)

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

|  |  |
|---|---|
| Association of Contracting Plumbers of the City of New York, Inc., Plumbing-Heating-Cooling Contractors-National Association, Plumbers Local Union No. 1, United Association of Journeymen and Apprentices of the Plumbing and Pipefitting Industry of the United States and Canada, New York State Energy Coalition, Inc., Plumbing Foundation City of New York, Inc., Licensed Plumbing Association of New York City, Inc., DBA Master Plumbers Council of the City of New York, Building Industry Association of New York City, Inc., | |
| Plaintiffs-Appellants, | |
| v. | No. 25-977 |
| City of New York, | |
| Defendant-Appellee. | |

## MOTION BY THE UNITED STATES AS *AMICUS CURIAE* FOR LEAVE TO PARTICIPATE IN ORAL ARGUMENT

Pursuant to Federal Rule of Appellate Procedure 29(a)(8), the United States respectfully seeks leave as *amicus curiae* to participate in the January 30, 2026, oral argument in this appeal. This motion is unopposed. In support of this motion, the United States states as follows:

1.      This is an appeal from a district court order dismissing a lawsuit against the City of New York's ban on natural gas in new construction. Plaintiffs challenge the ban as preempted by the federal Energy Policy and Conservation Act (EPCA).

2.      As set forth in its brief, the United States has a substantial interest in this appeal, which raises important questions regarding the scope of EPCA's preemption provisions, as well as for the Department of Energy's work administering EPCA's regulatory scheme for certain consumer products and industrial equipment.  The Department of Energy and the Department of Justice thus have an interest in the resolution of the legal issues raised in this appeal.

3.      On August 7, 2025, the United States files a brief as *amicus curiae* in support of Plaintiffs-Appellants.

4.      On December 30, 2025, the Court scheduled oral argument in this case for January 30, 2025.

5.      The United States respectfully submits that its participation at argument would aid the Court's consideration of these important issues.

6.      Plaintiffs-Appellants consent to the United States's request and do not intend to file a response.

2

7.      Defendant-Appellee does not oppose the United States's request and does not intend to file a response.

## CONCLUSION

For the foregoing reasons, the Court should grant the United States leave as *amicus curiae* to participate in the January 30, 2026, oral argument.

Respectfully submitted,

January 2026

BRETT A. SHUMATE
  *Assistant Attorney General*

THOMAS PULHAM
CHARLES E.T. ROBERTS
  Attorneys
  *Civil Division, Room 3617*
  *U.S. Department of Justice*
  *950 Pennsylvania Avenue NW*
  *Washington, DC 20530*
  *(202) 305-1141*
  charles.roberts2@usdoj.gov

3

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 270 words.  This motion also complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 27(d)(1)(E) and 32(a)(5)–(6) because it was prepared using Word for Microsoft 365 in CenturyExpdBT 14-point font, a proportionally spaced typeface.

/s/ *Charles E.T. Roberts*
Charles E.T. Roberts