An official website of the United States government. Here's how you know v

**EPA** United States
Environmental Protection
Agency

Search EPA.gov

**Environmental Topics** ∨    **Laws & Regulations** ∨    **Report a Violation** ∨    **About EPA** ∨

Home  /  Formaldehyde

## Formaldehyde

**Get the Facts**

Protect Against Exposure

Composite Wood Products    ∨

Laws and Regulations

Contact Us About Formaldehyde

# Facts About Formaldehyde

**On this page**:

- What Is Formaldehyde?
- Where Is Formaldehyde Found?
- How Can You Be Exposed to Formaldehyde?
- What Is EPA Doing to Protect against Formaldehyde Exposures?
- Health Effects of Formaldehyde
- EPA Formaldehyde Research and Risk Information

## What Is Formaldehyde?

Formaldehyde is a colorless, flammable gas at room temperature and has a strong odor. Exposure to formaldehyde may cause adverse health effects.

## Where Is Formaldehyde Found?

Formaldehyde is found in:

- Resins used in the manufacture of composite wood products (i.e. hardwood plywood, particleboard and medium-density fiberboard);
- Building materials and insulation;
- Household products such as glues, permanent press fabrics, paints and coatings, lacquers and finishes, and paper products;
- Preservatives used in some medicines, cosmetics and other consumer products such as dishwashing liquids and fabric softeners; and
- Fertilizers and pesticides.

It is a byproduct of combustion and certain other natural processes, and so is also found in:

- Emissions from un-vented, fuel burning appliances, like gas stoves or kerosene space heaters; and
- Cigarette smoke.

Learn more from the Consumer Product Safety Commission about products that contain formaldehyde ⤢.

## How Can You Be Exposed to Formaldehyde?

The primary way you can be exposed to formaldehyde is by breathing air containing off-gassed formaldehyde. Everyone is exposed to small amounts of formaldehyde in the air that has off-gassed from products, including composite wood products.

Learn how to protect yourself and your family from formaldehyde exposure.

## What Is EPA Doing to Protect against Formaldehyde Exposures?

- EPA finalized a regulation to set limits on how much formaldehyde can be released from composite wood products and establish a program in which independent certifying organizations will verify that composite wood

Cited in Association of Contracting Plumbers v. City of New York, Mulhern Gas Co., Inc. v. Mosley, No. 25-977, 25-2041, archived on 6/30/2026. This document is protected by copyright. Further reproduction is prohibited without permission.

- related products/composition, the EPA links out to CPSC for more.
- EPA is implementing and enforcing other statutes that pertain to formaldehyde.
- EPA conducts research to refine our understanding of what levels of exposure might affect human health.

# Health Effects of Formaldehyde

Formaldehyde can cause irritation of the skin, eyes, nose, and throat. High levels of exposure may cause some types of cancers.

# EPA Formaldehyde Research and Risk Information

- Toxic Substances Control Act Risk Evaluation – Formaldehyde is currently undergoing risk evaluation under the Toxic Substances Control Act (TSCA). In March 2024, EPA released a draft TSCA risk evaluation preliminarily finding that that formaldehyde poses unreasonable risk to human health. However, EPA notes that these risks may not apply to everyone, everywhere and describes some of the sources of uncertainties in EPA's findings.
- Federal Insecticide, Fungicide, and Rodenticide Act Risk Assessment ⧉ - Formaldehyde's use as a pesticide is undergoing a separate review under the Federal Insecticide, Fungicide, and Rodenticide Act (FIFRA). The FIFRA draft risk assessment released in April 2024 identifies risks to human health and the environment from the pesticidal uses of formaldehyde and describes some of the sources of uncertainties in EPA's findings.
- Integrated Risk Information System Toxicological Review of Formaldehyde (Inhalation)– EPA released the final Integrated Risk Information System (IRIS) Toxicological Review of Formaldehyde (Inhalation). IRIS human health assessments evaluate health effects that may result from exposure to environmental contaminants. The formaldehyde assessment includes both non-cancer and cancer human health effects that result from chronic inhalation exposure to formaldehyde.

Last updated on March 30, 2026

---

Assistance  Spanish  Arabic  Chinese (simplified)    Chinese (traditional)    French  Haitian Creole    Korean  Portuguese  Russian  Tagalog  Vietnamese



## Discover.

Accessibility Statement

Budget & Performance

Contracting

EPA www Web Snapshot

Grants

No FEAR Act Data

Plain Writing

Privacy and Security Notice

## Connect.

Data

Inspector General

Jobs

Newsroom

Regulations.gov ⧉

Subscribe

USA.gov ⧉

White House ⧉

## Ask.

Contact EPA

EPA Disclaimers

Hotlines

FOIA Requests

Frequent Questions

Site Feedback

## Follow.

   

Cited in Association of Contracting Plumbers v. Mosley, City of New York, Mulhern Gas Co., Inc. no. 25-977, 25-2041, archived on 6/30/2026 This document is protected by copyright. Further reproduction is prohibited without permission.