UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

Docket Number(s): 25-977

Motion for: a 21-Day Extension of Time to Petition for Rehearing

Caption [use short title]

Set forth below precise, complete statement of relief sought:

Plaintiffs respectfully request a 21-day extension of time to file a petition for panel rehearing or rehearing en banc, until August 4, 2026.

Association of Contracting Plumbers of the City of New York, Inc., et al.,

    Plaintiffs-Appellants,

v.

City of New York,

    Defendant-Appellee.

MOVING PARTY: All Plaintiffs-Appellants

OPPOSING PARTY: City of New York, Defendant-Appellee

☒ Plaintiff    ☐ Defendant

☒ Appellant/Petitioner    ☐ Appellee/Respondent

MOVING ATTORNEY: Sarah O. Jorgensen

OPPOSING ATTORNEY: Rebecca L. Visgaitis

[name of attorney, with firm, address, phone number and e-mail]

Reichman Jorgensen Lehman & Feldberg LLP

1201 Peachtree St., Suite 2300, Atlanta, GA 30309

Tel.: (650) 623-1401 / sjorgensen@reichmanjorgensen.com

Office of the Corporation Counsel of the City of New York

100 Church St., New York, NY 10007

Tel.: (212) 356-0858 / rvisgait@law.nyc.gov

Court- Judge/ Agency appealed from: U.S. District Court for the Southern District of New York (Abrams, J.)

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☒ Yes  ☐ No (explain):

Opposing counsel's position on motion:
☒ Unopposed ☐ Opposed ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes  ☑ No  ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**

Has this request for relief been made below?  ☐ Yes ☐ No
Has this relief been previously sought in this court?  ☐ Yes ☐ No

Requested return date and explanation of emergency:

Is the oral argument on motion requested?  ☐ Yes  ☒ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set?  ☒ Yes  ☐ No  If yes, enter date: argued Jan. 30, 2026; decided June 30, 2026

**Signature of Moving Attorney:**

/s/ Sarah O. Jorgensen Date: 7/1/26

Service : ☒ Electronic  ☐ Other [Attach proof of service]

Form T-1080 (rev. 10-23)

# 25-977

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

ASSOCIATION OF CONTRACTING PLUMBERS OF THE CITY OF NEW YORK, INC.; PLUMBING-HEATING-COOLING CONTRACTORS—NATIONAL ASSOCIATION; PLUMBERS LOCAL UNION NO. 1, UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND PIPEFITTING INDUSTRY OF THE UNITED STATES AND CANADA; NEW YORK STATE ENERGY COALITION, INC.; PLUMBING FOUNDATION CITY OF NEW YORK, INC.; LICENSED PLUMBING ASSOCIATION OF NEW YORK CITY, INC., d/b/a Master Plumbers Council of the City of New York; and BUILDING INDUSTRY ASSOCIATION OF NEW YORK CITY, INC.,

*Plaintiffs-Appellants*,

v.

CITY OF NEW YORK,

*Defendant-Appellee.*

On Appeal from the United States District Court
for the Southern District of New York,
No. 1:23-cv-11292
Hon. Ronnie Abrams, District Judge

## PLAINTIFFS-APPELLANTS' UNOPPOSED MOTION FOR A
## 21-DAY EXTENSION OF TIME TO PETITION FOR REHEARING

| | |
|---|---|
| Brian C. Baran | Sarah O. Jorgensen |
| REICHMAN JORGENSEN | REICHMAN JORGENSEN |
| LEHMAN & FELDBERG LLP | LEHMAN & FELDBERG LLP |
| 1909 K Street NW, Suite 800 | 1201 W. Peachtree St., Suite 2300 |
| Washington, DC 20006 | Atlanta, GA 30309 |
| (202) 894-7310 | (650) 623-1401 |
| bbaran@reichmanjorgensen.com | sjorgensen@reichmanjorgensen.com |

*Counsel for Plaintiffs-Appellants*

## UNOPPOSED MOTION FOR A 21-DAY EXTENSION OF TIME TO PETITION FOR REHEARING

Plaintiffs-Appellants move under Appellate Rules 26(b) and 27 and Local Rule 27.1 for a 21-day extension of the time to file a petition for panel rehearing or rehearing en banc in this case, until August 4, 2026. Plaintiffs have not previously requested or received an extension of this deadline.

Any petition for rehearing is currently due July 14, 2026. Given the short timeframe, Plaintiffs respectfully request a ruling by Friday, July 10.

Plaintiffs have notified counsel for Defendant-Appellee City of New York. The City does not oppose the requested relief, and Plaintiffs therefore understand that the City does not intend to file a response.

A modest 21-day extension is warranted. Given Plaintiffs' counsels' competing professional and personal commitments, the upcoming Independence Day holiday, and the size and diversity of the plaintiff groups in this and the companion case, Plaintiffs need additional time to determine whether to file a petition and, if so, to prepare the petition. Plaintiffs' lead counsel is on a family vacation overseas from June 25 through July 3. Counsel also have several professional obligations overlapping with the time to file a petition for rehearing, including a petition for a writ of certiorari in *Allen v. Stein*, No. 24-1954 (4th Cir.) (due July 20); an opposition to a motion to dismiss in *Colorado Natural Gas, Inc. v. Public Utilities Commission of Colorado*, No. 2026CV031821

1

(Denv. Colo. Dist. Ct.) (due July 21); and an urgent habeas petition challenging a U visa applicant's detention without process by federal immigration officers in the Western District of Pennsylvania. Moreover, the seven Plaintiffs—a mix of trade associations and a union—need more time than in the typical case to coordinate among themselves and with the plaintiff group in the companion case, *Mulhern Gas Co. v. Mosley*, No. 25-2041, to determine whether and in what forum to seek further review.

For these reasons, Plaintiffs respectfully request that the Court extend the deadline to file a petition for panel rehearing or rehearing en banc to August 4, 2026.

Respectfully submitted,

*/s/ Sarah O. Jorgensen*

| | |
|---|---|
| Brian C. Baran | Sarah O. Jorgensen |
| REICHMAN JORGENSEN | REICHMAN JORGENSEN |
| LEHMAN & FELDBERG LLP | LEHMAN & FELDBERG LLP |
| 1909 K Street NW, Suite 800 | 1201 West Peachtree Street, |
| Washington, DC 20006 | Suite 2300 |
| (202) 894-7310 | Atlanta, GA 30309 |
| bbaran@reichmanjorgensen.com | (650) 623-1401 |
| | sjorgensen@reichmanjorgensen.com |

*Counsel for Plaintiffs-Appellants*

July 1, 2026

2

## CERTIFICATE OF COMPLIANCE

This motion complies with the relevant type-volume limitation of the Federal Rules of Appellate Procedure and Second Circuit Local Rules because it has been prepared using a proportionally spaced typeface and contains 346 words.

Dated: July 1, 2026
                                    */s/ Sarah O. Jorgensen*
                                    Sarah O. Jorgensen